PHILIP FORNARO v.
THE WASHINGTON TWP. BOARD OF ADJUSTMENT.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES TATUM.

February 15, 1977. Petition for certification denied.

IN THE MATTER OF JOHN J. SINON, DECEASED.

February 15, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK WILLIAMS.

February 15, 1977. Petition for certification denied.

ETELVINA ORTIZ v. SAFECO INSURANCE CO.

February 15, 1977. Petition for certification denied. (See 144 *N. J. Super.* 506)

ROBERTA SABAT v. FEDDERS CORPORATION.

February 15, 1977. Petition for certification granted.